# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Indian Motorcycle International, LLC, | Civil Action No. 16-cv-2095-WMW-SER |
| Plaintiff, | |
| v. | |
| GearLaunch, Inc., and John Doe d/b/a NatureTee, | |
| Defendants. | |

## CERTIFICATE OF SERVICE ON PROPOSED ORDER

I hereby certify that on September 22, 2016, I caused the following proposed order:

*Proposed Order regarding Defendant GearLaunch, Inc.'s Memorandum of Law in Support of its Opposition to Plaintiffs Motion For Expedited Discovery*

to be filed with the court via email to the following judge who is hearing the motion:

*Magistrate Judge Steven E. Rau: rau_chambers@mnd.uscourts.gov*

and I certify that I caused a copy of the proposed order to be emailed to the following:

Scott W. Johnston
Linhda Nguyen
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
sjohnston@merchantgould.com
lnguyen@merchantgould.com

4830-8733-4201.1

| | |
|---|---|
| Dated:  September 23, 2016 | By: */s/ Aaron A. Myers*<br>Aaron A. Myers (MN #311959)<br>Niall A. MacLeod (MN #268281)<br>Diane L. Peterson (MN #270702)<br>KUTAK ROCK LLP<br>220 South Sixth Street, Suite 1750<br>Minneapolis, MN 55402<br>Tel:  (612) 334-5000<br>Fax:  (612) 334-5050<br>Email:  aaron.myers@kutakrock.com<br>Email:  niall.macleod@kutakrock.com<br>Email:  diane.peterson@kutakrock.com<br><br>Cheryl A. Galvin *(Pro Hac Vice)*<br>TAYLOR & COMPANY LAW OFFICES<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br>Telephone: (415) 788-8200<br>Facsimile: (415) 788-8208<br>Email:  cgalvin@tcolaw.com<br><br>***Attorneys for Defendant GearLaunch, Inc.*** |

4830-8733-4201.1