UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Indian Motorcycle International, LLC, | )<br>)<br>)<br>) Civil Action No. 16-cv-2095 (WMW/SER) |
| Plaintiff | ) |
| v. | ) |
| GearLaunch Inc., and<br>John Doe d/b/a NatureTee, | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Indian Motorcycle International, LLC ("Indian Motorcycle") hereby provides notice to this Court that it dismisses this pending action against Defendant GearLaunch Inc. with prejudice and against Defendant John Doe d/b/a NatureTee without prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Neither Defendant GearLaunch Inc. nor Defendant John Doe d/b/a NatureTee has filed an answer or a motion for summary judgment.

1

2

Dated:  December 20, 2016               Respectfully submitted,


                                        s/Linhda Nguyen_____
                                        Scott W. Johnston (Reg. No. 247,558)
                                        Linhda Nguyen (Reg. No. 397,262)
                                        **MERCHANT & GOULD P.C.**
                                        3200 IDS Center
                                        80 South Eighth Street
                                        Minneapolis, Minnesota 55402-2215
                                        Telephone:  (612) 332-5300

                                        ***Attorneys for Plaintiff Indian
                                        Motorcycle International, LLC***

2